UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERRY MORTON,

                Petitioner,         Case Number 2:11-CV-14356

v.                                                      Honorable Gerald E. Rosen

WILLIE SMITH,

                Respondent.
_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Gerald E. Rosen, Chief United States District Court Judge, presiding, and in accordance with the Opinion and Order entered on April 22, 2013.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that a Certificate of Appealability is DENIED.

Dated at Detroit, Michigan, this 22nd, day of April, 2013.

                                                            DAVID J. WEAVER
                                                            CLERK OF THE COURT

APPROVED:

                                                            BY: s/Julie Owens
                                                                DEPUTY CLERK

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated: April 22, 2013


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 22, 2013, by electronic and/or ordinary mail.

                                              s/Julie Owens
                                              Case Manager, (313) 234-5135